UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,       )      Case No. MC20-0071RSL
                                )
                    Plaintiffs, )
        v.                      )
                                )      ORDER TO ISSUE WRIT OF
DEMECO MARTINEZ DUGGINS,        )      CONTINUING GARNISHMENT
                                )
                    Defendant,  )
        v.                      )
                                )
GASCOIGNE LUMBER CO.,           )
                                )
                    Garnishee.  )

This matter comes before the Court on plaintiff's "Application for Writ of Continuing Garnishment" for property in which the defendant/judgment debtor, Demeco Martinez Duggins, has a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, Gascoigne Lumber C4. The Court having reviewed the record in this matter, hereby ORDERS that the Clerk of Court issue the "Writ of Continuing Garnishment" (Dkt. # 1-4) and the "Notice to Defendant/Judgment Debtor" (Dkt. # 1-5) submitted by plaintiff's counsel on August 17, 2020. Pursuant to 28 U.S.C. § 3205(c)(3), plaintiff shall serve the defendant/judgment debtor and the garnishee with a copy of the writ and accompanying instructions.

Dated this 19th day of August, 2020.

_Robert S. Lasnik_
Robert S. Lasnik
United States District Judge